[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 20, 2010
JOHN LEY
CLERK

No. 09-14827
Non-Argument Calendar

_____

D. C. Docket No. 08-00457-CR-1-CAP

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ENEYDA ROMERO MOLINA,
a.k.a. Martha Salgado-Vega,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(May 20, 1020)

Before MARCUS, WILSON and ANDERSON, Circuit Judges.

PER CURIAM:

David Marshall, appointed counsel for Eneyda Romero Molina in this direct

criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Molina's convictions and sentences are **AFFIRMED.**